280 F.2d 432
 AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation,
v.
EMPLOYERS MUTUAL CASUALTY COMPANY, Inc., a corporation.
 No. 6345.
 United States Court of Appeals Tenth Circuit.
 May 16, 1960.
 
 Appeal from the United States District Court for the District of Kansas.
 Rooney & Rooney, Topeka, Kan., for appellant.
 Stanley, Schroeder, Weeks, Thomas & Lysaught, Kansas City, Kan., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellant.